FILED

2013 Jan-24  AM 10:02
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **RENEE BARTON, an individual,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Civil Action No.:** |
| | ) **2:12-cv-02278-RRA** |
| **LVNV FUNDING, LLC;  BUDZIK** | ) |
| **& DYNIA, LLC;  FIRSTSOURCE** | ) |
| **ADVANTAGE, LLC,** | ) |
| | ) |
| **Defendants.** | ) |

## FINAL JUDGMENT AGAINST ALL DEFENDANTS

This action is before the Court on Plaintiff's Notice, filed pursuant to Federal Rule of Civil Procedure 68(a), of Plaintiff's Acceptance of the Offer of Judgment tendered by all Defendants and Plaintiff's request of entry of judgment in the amount $7,500.00.

Accordingly, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff have and recover against Defendants the amount of $7,500.00, with the attorneys' fees and costs having been agreed to separately by the parties.  This case is now concluded.

Done this the 24th day of January, 2013.

_Robert R Armstrong_
Robert R. Armstrong, Jr.
United States Magistrate Judge